IN THE CIRCUIT COURT OF HILLSBOROUGH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL ACTION

WILLIAM DOWNS,

Plaintiff,

-vs-

BEAM BROTHERS TRUCKING, INC. and
JASON STERLING,

Defendants.  /

CASE NO.: 12 016545

DIVISION C

RECEIVED
OCT 19 2012
CLERK OF THE CIRCUIT COURT
HILLSBOROUGH COUNTY
CIRCUIT CIVIL DIVISION

## COMPLAINT

COMES NOW the Plaintiff, WILLIAM R. DOWNS, by and through his undersigned attorneys, and sues Defendants, BEAM BROTHERS TRUCKING, INC., and JASON STERLING, and alleges:

1. This is an action for damages that exceeds Fifteen Thousand Dollars ($15,000.00), exclusive of interest, costs and attorneys' fees.

2. At all times material hereto, Plaintiff, WILLIAM R. DOWNS, was a resident of Hillsborough County, Florida.

3. At all times material hereto, the Defendant, BEAM BROTHERS TRUCKING, INC., was authorized and doing business in Hillsborough County, Florida.

4. At all times material hereto, Defendant, BEAM BROTHERS TRUCKING, INC., owned, operated and maintained a truck and trailer in Hillsborough County, Florida, which was used as a transport for packages and other items.

5. At all times material hereto, the Defendant, JASON STERLING, was working in the course and scope of his employment with Defendant, BEAM BROTHERS TRUCKING, INC.

6. Beam Brother Trucking, Inc., is responsible for the acts of its agent, servant, and/or employee, Jason Sterling, pursuant to the doctrine of respondeat superior.

7. On February 17, 2010, the Plaintiff, WILLIAM R. DOWNS, was on the loading dock with Defendant's, BEAM BROTHERS TRUCKING, INC., employee/driver, Jason Sterling, at 5201 West Spruce Street, Tampa, FL to load the truck-trailer with packages and other items.

8. That Defendant, JASON STERLING, had the duty to exercise reasonable care in loading the truck-trailer so as to not injure the Plaintiff, WILLIAM R. DOWNS.

9. On the date of the incident Defendant, JASON STERLING, was loading items into the trailer for transport and in the process, rammed the loading cart he was using into Plaintiff, WILLIAM R. DOWNS.

10. On the date and at the place aforesaid, the Defendants, BEAM BROTHERS TRUCKING, INC. and JASON STERLING, breached the duty owed to the Plaintiff, WILLIAM R. DOWNS, by committing one or more of the following omissions or commissions:

    a. Negligently failed to maintain or adequately maintain a proper lookout for the safety of the Plaintiff, WILLIAM R. DOWNS, as he walked into the trailer;

    b. Negligently failed to inspect or adequately inspect the space in and around the truck's trailer, to determine whether the Plaintiff was present for the safety of the Plaintiff, WILLIAM R. DOWNS.

    c. Negligently failed to warn or adequately warn the Plaintiff, WILLIAM R. DOWNS, of the danger of being struck by the loading cart used by Defendant, JASON STERLING, when he entered the trailer. The Defendant JASON STERLING, knew or should have known of said danger and that the Plaintiff, WILLIAM R. DOWNS, was unaware of said danger;

    d. Negligently failed to maintain a safe distance between the loading cart used by Defendant, JASON STERLING, and Plaintiff, WILLIAM R. DOWNS, and

    e. Negligently failed to properly load the transport trailer by ramming the loading cart used by Defendant, JASON STERLING, into Plaintiff, WILLIAM R. DOWNS.

11. As a direct and proximate cause of the negligence of the Defendants, BEAM BROTHERS TRUCKING, INC., and JASON STERLING, as heretofore alleged, the Plaintiff, WILLIAM R. DOWNS, sustained injuries and damages as hereinafter alleged.

12. As a direct and proximate result of the negligence of the Defendants, BEAM BROTHERS TRUCKING, INC., and JASON STERLING, as heretofore alleged, the Plaintiff, WILLIAM R. DOWNS, was injured in and about his body and extremities; incurred medical expenses for the treatment of said injuries: incurred pain and suffering of both a physical and mental

nature; incurred a permanent injury to the body as a whole; incurred loss of ability to lead and enjoy a normal life; incurred loss of wages and a loss of wage earning capacity, all of which are either permanent or continuing in nature and the Plaintiff, WILLIAM R. DOWNS, will sustain said loss in the future.

WHEREFORE, the Plaintiff, WILLIAM R. DOWNS, demands judgment against the Defendants, BEAM BROTHERS TRUCKING, INC., and JASON STERLING in an amount in excess of Fifteen Thousand ($15,000) Dollars, and requests a trial by jury of all issues triable as of right by a jury.

DATED this 16th day of OCTOBER, 2012.

_____
Herbert H. Hofmann II, Esquire
Morgan & Morgan, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
Florida Bar #: 937355
Attorney for Plaintiff(s)